# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 17, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136374-75

MARJORIE STOUGH,
        Plaintiff-Appellant,

v

JETT SETT MANAGEMENT SERVICES,
L.L.C., VIANNE FLOYD, and GENERAL
MOTORS CORPORATION,
        Defendants-Appellees.

SC: 136374
COA: 274167
Wayne CC: 05-516304-CD

_____/

MARJORIE STOUGH,
        Plaintiff-Appellant,

v

GENERAL MOTORS CORPORATION,
        Defendant-Appellee.

SC: 136375
COA: 275441
Wayne CC: 05-516304-CD

_____/

On order of the Court, the application for leave to appeal the March 25, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 17, 2008

Clerk

0910